MARY A. GIFFORD, Respondent, v. THOMAS M. GIFFORD, Appellant.— Motion for leave to file notice of appeal *nunc pro tunc* and for other relief denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See *post*, p. 712.]

LILLIAN R. KERR, Plaintiff, and ALLAN W. KERR, Appellant, v. HERBERT LANCASTER et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See 280 App. Div. 997.]

VINE H. SMITH, as Administrator of the Estate of EVERLY M. DAVIS, JR., Deceased, Appellant, v. BARBARA C. SANDERS, Individually and as Trustee, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See 280 App. Div. 985.]

TOWN OF NORTH HEMPSTEAD, Appellant-Respondent, v. DE PASQUALE BROS., INC., et al., Respondents-Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See 280 App. Div. 991.]